UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENN R. SCHREIBER | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:11-CV-1409 (WWE) |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., | : | |
| PRATT & WHITNEY, | : | |
| LOUIS R. CHÊNEVERT, | : | |
| GREGORY J. HAYES, | : | |
| DAVID P. HESS, | : | |
| PETER A. GUTERMANN, | : | |
| ROBERT E. MCGUINNESS, & | : | |
| WALTER F. EELLS, JR. | : | |
| Defendants | : | APRIL 16, 2012 |

## DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S "PETITION FOR SUMMARY JUDGMENT BY WAY OF AFFIDAVIT"

Plaintiff's "Petition for Summary Judgment By Way Of Affidavit" ("Petition") (Dkt. No. 27) is premature because Defendants' motion to dismiss (Dkt. No. 8) is currently pending, and should dispose of his meritless lawsuit in its entirety.

Nonetheless, the Court should deny Plaintiff's Petition for the same reasons that it should grant Defendants' motion to dismiss. Plaintiff's lawsuit consists of a breach of contract claim that he bases on his outlandish letters that he sent to Defendant Pratt & Whitney ("Pratt") demanding millions upon millions of dollars, to which Pratt did not respond, and had no duty to respond. His claim fails as a matter of law because no contract exists between him and any Defendant; no Defendant ever accepted any offer to pay Plaintiff millions upon millions of dollars. (See Dkt. No. 8-1, Defs.' Mem. Supp. Mot. Dismiss at 11 (citing TIB Ins. Co. v. Sec. Ins. Co., No. 3:02cv226 (PCD), 2003 U.S. Dist. LEXIS 17708, at *10 (D. Conn. Jan. 22, 2003); Beech Aircraft Corp. v. Flexible Tubing Corp., 270 F. Supp. 548, 558 (D. Conn. May 17, 1967) ("Silence alone does not constitute an 'expression of acceptance' of an offer or a counteroffer

under normal circumstances.").) The Court, therefore, should deny his Petition and grant Defendants' motion to dismiss.

The Court also should deny Plaintiff's Petition because Plaintiff failed to comply with Local Rule 56(a)1.

>     DEFENDANTS,
>     UNITED TECHNOLOGIES CORP.,
>     PRATT & WHITNEY,
>     LOUIS R. CHÊNEVERT,
>     GREGORY J. HAYES,
>     DAVID P. HESS,
>     PETER A. GUTERMANN,
>     ROBERT E. MCGUINNESS, &
>     WALTER F. EELLS, JR.
>
>     By: _____
>     Albert Zakarian (ct04201)
>     Jeffrey Allan Fritz (ct 26667)
>     Day Pitney LLP
>     242 Trumbull Street
>     Hartford, CT  06103-1212
>     (860) 275-0100
>     (860) 275-0343 fax
>     azakarian@daypitney.com
>     jafritz@daypitney.com
>
>     Its Attorneys

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this date a copy of foregoing was sent via first-class mail, postage prepaid, to:

Glenn R. Schreiber
P.O. Box 290053
Wethersfield, Connecticut 06129

_____
Jeffrey A. Fritz